# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

VICTOR TAGLE,

    Plaintiff,

vs.

STATE OF NEVADA,

    Defendant.

Case No. 2:15–cv–2082–JAD–VCF

**ORDER**

Before the court is Tagle's motion for "punishment" (ECF No. 20).  Tagle does not specify what type of relief is requesting nor does he cite to any law or facts that would entitle him to relief.  FED. R. CIV. P. 7(b)(1).  As this court is unable to determine what relief, if any, Tagle is seeking or is entitled to, his motion is denied.

ACCORDINGLY, and for good cause shown,

IT IS HEREBY ORDERED that Tagle's motion (ECF No 20) is DENIED.

IT IS SO ORDERED.

DATED this 17th day of November, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1