# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VICTOR TAGLE, | Case No. 2:15-CV-2082 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| STATE OF NEVADA, | |
| Defendant(s). | |

Presently before the court is *pro se* plaintiff Victor Tagle's motion for default. (ECF No. 21). Defendants filed a response (ECF No. 23), and plaintiff filed a reply (ECF No. 24).

Federal Rule of Civil Procedure 55(a) states: "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

Upon review of the instant motion, plaintiff clearly seeks default without providing any non-conclusory basis in fact for such action. (ECF No. 21). Further, defendants have been active litigants in this case. *See* (ECF Nos. 9, 16).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for default (ECF No. 21) be, and the same hereby is, DENIED.

DATED April 20, 2017.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**