UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VICTOR TAGLE, | Case No. 2:15-CV-2082 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| STATE OF NEVADA, | |
| Defendant(s). | |

Presently before the court is *pro se* plaintiff Victor Tagle's objection to Magistrate Judge Ferenbach's May 22, 2017, order (ECF No. 43). (ECF No. 44).

Plaintiff alleges that he has been "targeted again due to discrimination and abuse of discretion of the court" and that "Judge Ferenbach's discriminatory, wrongful decision's goes [*sic*] long back on plaintiff's case, showing the prejudice of the court." (*Id.*). Plaintiff requests "the change of court's [*sic*] officials." (*Id.*).

As the Ninth Circuit has held, and as Judge Ferenbach stated, "failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court." (ECF No. 43 at 8); *see Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

Here, plaintiff fails to enumerate any specific instance of discrimination. *See* (ECF No. 44). Judge Ferenbach wrote a well-reasoned order that adequately addressed each of plaintiff's motions and did not subject plaintiff to any form of discrimination. *See* (ECF No. 43).

Therefore, plaintiff's objection will be denied because he failed to properly address and brief the objectionable issues. *Martinez*, 951 F.2d at 1157.

James C. Mahan
U.S. District Judge

1       Accordingly,

2       IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's objection (ECF

3  No. 44) be, and the same hereby is, DENIED with prejudice.

4       DATED August 14, 2017.

5

                                                     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -